MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
jmckeon@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1405
Fax: 415.442.1001

DAVID L. SCHRADER, State Bar No. 149638
dschrader@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Plaintiff
Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B

FILED
2009 MAY 29 PM 2: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Deutsche Bank National Trust Company**, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> **Federal Deposit Insurance Corporation,** as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, <br><br> Defendant. | Case No. <br><br> **CV09-3852 GAF(FFMx)** <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Deutsche Bank
2  National Trust Company ("DBNTC") hereby discloses:
3  DBNTC is a wholly owned subsidiary of Deutsche Bank Holdings, Inc.,
4  which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is
5  a wholly owned subsidiary of Taunus Corporation, which is a wholly owned
6  subsidiary of Deutsche Bank AG, a publicly held corporation. No publicly held
7  company owns 10% or more of Deutsche Bank AG's stock.

8  Dated:   May 29, 2009

MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON
DAVID L. SCHRADER

By: _____
Attorneys for Plaintiff
Deutsche Bank National Trust Company