1  Michael H. Bierman, State Bar No. 89156
   mbierman@luce.com
2  Jess R. Bressi, State Bar No. 110264
   jbressi@luce.com
3  Jeffrey D. Wexler, State Bar No. 132256
   jwexler@luce.com
4  Sekita E. Grant, State Bar No. 259485
   sgrant@luce.com
5  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 South Figueroa, Suite 3900
6  Los Angeles, California 90017
   Tel.: (213) 892-4992 / Fax: (213) 452-8029
7
8  Attorneys for Defendants Federal Deposit
   Insurance Corporation, as Receiver for IndyMac Bank,
   F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B.

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                           WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., <br><br>                Plaintiff, <br><br>         vs. <br><br> Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank, F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, <br><br>                Defendants. | Case No. CV09-3852 GAF (FFMx) <br><br> **ORDER SUBSTITUTING THE FDIC AS RECEIVER FOR INDYMAC FEDERAL BANK, F.S.B. IN PLACE OF THE FDIC AS CONSERVATOR FOR INDYMAC FEDERAL BANK, F.S.B. [Fed. R. Civ. P. 17(a)]** |

1  Good cause being shown, IT IS HEREBY ORDERED pursuant to Fed. R.
2  Civ. P. 17(a) that the Federal Deposit Insurance Corporation as Receiver for
3  IndyMac Federal Bank, F.S.B. shall be substituted in the place and stead of the
4  Federal Deposit Insurance Corporation as conservator for IndyMac Federal Bank in
5  this action.

8  Dated: September 15, 2009

*/s/ Gary Feess/*

The Honorable Gary A. Feess
United States District Judge

11  201038871.1

1