1  Michael H. Bierman, State Bar No. 89156
   mbierman@luce.com
2  Jess R. Bressi, State Bar No. 110264
   jbressi@luce.com
3  Jeffrey D. Wexler, State Bar No. 132256
   jwexler@luce.com
4  Sekita E. Grant, State Bar No. 259485
   sgrant@luce.com
5  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 South Figueroa, Suite 3900
6  Los Angeles, California 90017
   Tel.: (213) 892-4992 / Fax: (213) 452-8029
7
   Attorneys for Defendants Federal Deposit
8  Insurance Corporation, as Receiver for IndyMac Bank,
   F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B.
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

| | |
|---|---|
| 13  Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., | Case No. CV09-3852 GAF (FFMx) |
| 14 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER'S MOTION TO DISMISS AND TO STRIKE [Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(f)]** |
| 16              Plaintiff, | |
| 17       vs. | |
| 18  Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank, F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, | Date:  June 14, 2010 Time:  9:30 a.m. Place:  Courtroom 740, Roybal Bldg. [The Honorable Gary A. Feess] |
| 23              Defendants. | |
| 24 | |

25

26

27

28

1   TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD

2   HEREIN:

3   PLEASE TAKE NOTICE that defendant Federal Deposit Insurance

4   Corporation, as Receiver for IndyMac Bank, F.S.B. and as Receiver for IndyMac

5   Federal Bank, F.S.B., requests that the Court take judicial notice of the following

6   documents, copies of which are attached hereto as the indicated exhibits:

7   **Exhibit**        **Description**

8       A        Federal Deposit Insurance Corporation, Determination of

9                Insufficient Assets to Satisfy Claims Against Financial

10               Institution in Receivership, 74 Fed. Reg. 59,540 (Nov. 18, 2009)

11      B        FDIC Board Resolution (Nov. 12, 2009)

12  Judicial notice is appropriate under Fed. R. Evid. 201(c).  *See, e.g., Corrie v.*

13  *Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (taking judicial notice of a

14  government publication); *Transmission Agency of Northern California v. Sierra*

15  *Pacific Power Co.*, 295 F.3d 918, 924 n.3 (9th Cir. 2002) (taking judicial notice of

16  order from federal agency).

17

18  DATED:  February 23, 2010        LUCE, FORWARD, HAMILTON & SCRIPPS LLP
                                     Michael H. Bierman
19                                   Jess R. Bressi
                                     Jeffrey D. Wexler
20                                   Sekita E. Grant

21

22                                   By:_____/s/ Michael H. Bierman_____
23                                        Michael H. Bierman
                                          Attorneys for Defendants Federal Deposit
24                                        Insurance Corporation, as Receiver for
                                          IndyMac Bank, F.S.B. and as Receiver for
25                                        IndyMac Federal Bank, F.S.B.

26

27

28  201049584.1

2