LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-3852-GAF | Date | March 1, 2010 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Co. v. Federal Deposit Ins. Co. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**        **(In Chambers)**

## SCHEDULING ORDER

The parties have submitted two stipulations to the Court pursuant to which they propose an order regarding the briefing of a motion to dismiss, which was filed on February 23, 2010. The first such schedule established a hearing date six months after the motion was filed. The second such schedule, which is now before the Court, proposes a hearing date approximately 120 days after the filing of the motion. Neither stipulation provided any information indicating why such a major deviation from the usual 28 day schedule provided for in the Local Rules.

Accordingly, the Court sets the following schedule with respect to the motion: Opposition to the Motion due on or before March 22, 2010; Reply to the Opposition due on or before April 6, 2010; Hearing on the motion on **Monday, April 19, 2010, at 9:30 a.m.**

IT IS SO ORDERED.