| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JAMI WINTZ MCKEON, State Bar No. 237923<br>jmckeon@morganlewis.com |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | Tel: 415.442.1405<br>Fax: 415.442.1001 |
| 5 | Attorneys for Plaintiff |
| 6 | Deutsche Bank National Trust Company, as Trustee for<br>certain residential mortgage-backed securitization trusts |
| 7 | sponsored by IndyMac Bank, F.S.B. |
| 8 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>MICHAEL H. BIERMAN, State Bar No. 89156 |
| 9 | mbierman@luce.com<br>601 South Figueroa, Suite 3900 |
| 10 | Los Angeles, CA 90017<br>Tel: 213.892.4992 |
| 11 | Fax: 213.452.8029 |
| 12 | Attorneys for Defendants<br>Federal Deposit Insurance Corporation, as Receiver for |
| 13 | IndyMac Bank, F.S.B. and as Receiver for IndyMac Bank<br>Federal Bank, F.S.B. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity,<br><br>Defendants. | Case No. CV09-3852 GAF (FFMx)<br><br>**DECLARATION OF JOHN WARSHAWSKY IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY AND FEDERAL DEPOSIT INSURANCE COMPANY'S JOINT *EX PARTE* APPLICATION TO STAY ACTION PENDING THE PARTIES' SETTLEMENT NEGOTIATIONS**<br><br>[*Ex Parte* Application; Memorandum of Points and Authorities; Declaration of John Rosenthal; [Proposed] Order Filed Concurrently Herewith]<br><br>Complaint Filed: May 29, 2009<br>Assigned to: Hon. Gary A. Feess |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21590885.1

DECLARATION OF JOHN WARSHAWSKY
IN SUPPORT OF JOINT *EX PARTE*
APPLICATION TO STAY ACTION

## DECLARATION OF JOHN WARSHAWSKY

I, John Warshawsky, declare as follows:

1. I am a Federal Government Attorney, employed by defendant Federal Deposit Insurance Corporation ("FDIC") as Counsel in the Legal Division, Commercial Litigation Unit. I am licensed to practice law in the District of Columbia. I have personal knowledge of the facts stated herein, except for those stated on information and belief, and I could and would testify to these facts under oath if called upon to do so. I have been authorized to make this declaration on behalf of the FDIC's and plaintiff Deutsche Bank National Trust Company's ("DBNTC") Joint *Ex Parte* Application To Stay Action Pending The Parties' Settlement Negotiations ("Joint Motion").

2. As Counsel for the FDIC, I have been designated as the "Oversight Attorney" with day-to-day responsibility for directing the FDIC-Receivers' defensive efforts in this litigation.

3. By their Joint Motion, the Parties seek an Order staying the action for 90 days, pending resolution of the Parties' settlement negotiations to resolve this matter.

4. Based on internal discussions in which I have participated in my capacity as Counsel for the FDIC, I am aware that on February 23, 2010, there was a meeting between DBNTC and FDIC representatives to discuss the possibility of settling this case and related issues involving DBNTC and the FDIC. The FDIC representatives included senior members of the FDIC's Office of General Counsel.

5. At the conclusion of the meeting, the FDIC requested that DBNTC provide additional information to help evaluate the claims in this case and the settlement possibilities suggested by DBNTC.

6. I have been personally involved in facilitating the exchange of the information referenced in paragraph 5, above, including negotiating with DBNTC

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21582399.1

2

DECLARATION OF JOHN WARSHAWSKY
IN SUPPORT OF JOINT *EX PARTE*
APPLICATION TO STAY ACTION

counsel regarding the applicability of Rule 408 of the Federal Rules of Evidence to any such information exchanges.

7.   I understand that the DBNTC and FDIC representatives currently intend to continue their settlement discussions after DBNTC provides the requested information.

8.   I affirm, with no reservation, that the FDIC has a genuine and sincere interest in resolving this matter amicably and without the need for unnecessary litigation and respectfully believe that a stay of the instant litigation will facilitate that possibility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2010, at Arlington, Virginia.

_____
John Warshawsky

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21582399.1

3

DECLARATION OF JOHN WARSHAWSKY
IN SUPPORT OF JOINT *EX PARTE*
APPLICATION TO STAY ACTION