| | |
|---|---|
| 1  MORGAN, LEWIS & BOCKIUS LLP<br>    JAMI WINTZ MCKEON, State Bar No. 237923<br>2  jmckeon@morganlewis.com<br>    One Market, Spear Street Tower<br>3  San Francisco, CA 94105<br>    Tel:  415.442.1405<br>4  Fax: 415.442.1001 | **NOTE CHANGES<br>MADE BY THE COURT**<br><br>**STAYED** |

5  Attorneys for Plaintiff
   Deutsche Bank National Trust Company, as Trustee for
6  certain residential mortgage-backed securitization trusts
   sponsored by IndyMac Bank, F.S.B.

7

8  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   MICHAEL H. BIERMAN, State Bar No. 89156
   mbierman@luce.com
9  601 South Figueroa, Suite 3900
   Los Angeles, CA  90017
10 Tel:  213.892.4992
   Fax:  213.452.8029

11

12 Attorneys for Defendants
   Federal Deposit Insurance Corporation, as Receiver for
   IndyMac Bank, F.S.B. and as Receiver for IndyMac Bank
13 Federal Bank, F.S.B.

14                    UNITED STATES DISTRICT COURT

15           CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B.,<br><br>                Plaintiff,<br><br>          vs.<br><br>Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity,<br><br>                Defendants. | Case No. CV09-3852 GAF (FFMx)<br><br>**[PROPOSED] ORDER STAYING ACTION AND VACATING BRIEFING SCHEDULE AND APRIL 19, 2010 HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>[*Ex Parte* Application; Memorandum of Points and Authorities; Declaration of John Rosenthal; Declaration of John Warshawsky Filed Concurrently Herewith]<br><br>Complaint Filed: May 29, 2009<br><br>Assigned to: Hon. Gary A. Feess |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21590879.1                                   1                    [PROPOSED] ORDER STAYING ACTION
                                                                      AND VACATING BRIEFING SCHEDULE

1  Plaintiff Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B. ("DBNTC") and Federal Deposit Insurance Corporation (the "FDIC") as Receiver for IndyMac Bank, F.S.B., as Conservator and Receiver of IndyMac Federal Bank, F.S.B., in its corporate capacity, and as a government entity (collectively, "Defendants") jointly moved *ex parte* for an Order staying the action for ninety (90) days pending resolution of the parties' settlement negotiations to resolve this matter.

Upon considering the parties' application and all the evidence on the record, good cause being shown, IT IS HEREBY ORDERED that:

1. This action is hereby stayed for a period of ninety (90) days from the date of entry of this Order or until further order of the Court;

2. Notwithstanding the stay, this action has been and will be considered to be "continued" within the meaning of 12 U.S.C. § 1812(d)(6)(a)(ii); and

3. The briefing schedule and the April 19, 2010 hearing on Defendants' Motions to Dismiss and to Strike set in the Court's March 1, 2010 Order [Docket 28] shall be vacated. In the event the parties are unable to resolve this matter within the stay period, they shall propose a new briefing and hearing schedule on Defendants' Motions to Dismiss.

4. The parties shall submit a joint report regarding status of settlement on or before April 30, 2010.

Dated: March 11, 2010

_____
The Honorable Gary A. Feess
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

DB2/21590879.1

2

[PROPOSED] ORDER STAYING ACTION
AND VACATING BRIEFING SCHEDULE