1  MORGAN, LEWIS & BOCKIUS LLP
   JAMI WINTZ MCKEON, State Bar No. 237923
2  jmckeon@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Tel:  415.442.1405
4  Fax:  415.442.1001

5  Attorneys for Plaintiff
   Deutsche Bank National Trust Company, as Trustee for
6  certain residential mortgage-backed securitization trusts
   sponsored by IndyMac Bank, F.S.B.
7
   **Additional counsel identified on next page**
8

9
                    UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
11

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, <br><br> Defendants. | Case No. CV09-3852 GAF (FFMx) <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY AND FEDERAL DEPOSIT INSURANCE COMPANY'S JOINT STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS <br><br> Complaint Filed: May 29, 2009 <br> Assigned to: Hon. Gary A. Feess |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21687979.4

JOINT STATUS REPORT REGARDING
SETTLEMENT NEGOTIATIONS

| | |
|---|---|
| 1 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | MICHAEL H. BIERMAN, State Bar No. 89156 |
| | mbierman@luce.com |
| 2 | JEFFREY D. WEXLER, State Bar No. 132256 |
| | jwexler@luce.com |
| 3 | 601 South Figueroa, Suite 3900 |
| | Los Angeles, CA 90017 |
| 4 | Tel:  213.892.4992 |
| | Fax:  213.452.8029 |
| 5 | |
| | Attorneys for Defendants |
| 6 | Federal Deposit Insurance Corporation, as receiver for |
| | IndyMac Bank, F.S.B. and as Receiver for IndyMac |
| 7 | Federal Bank, F.S.B. |
| 8 | CHARLES L. COPE (Senior Counsel) |
| | THOMAS L. HOLZMAN (Counsel) (admitted *pro hac vice*) |
| 9 | thholzman@fdic.gov |
| | FEDERAL DEPOSIT INSURANCE CORPORATION |
| 10 | 3501 Fairfax Drive |
| | Arlington, VA 22226 |
| 11 | Tel:  703.562.2369 |
| | Fax:  703.562.2477 |
| 12 | |
| | Scott Fleming (Counsel), State Bar No. 170507 |
| 13 | scfleming@fdic.gov |
| | FEDERAL DEPOSIT INSURANCE CORPORATION |
| 14 | 40 Pacifica, Suite 1000 |
| | Irvinve, CA 92618 |
| 15 | Tel: 949.208.6276 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21687979.4

JOINT STATUS REPORT REGARDING
SETTLEMENT NEGOTIATIONS

## I. INTRODUCTION

Plaintiff Deutsche Bank National Trust Company ("DBNTC"), as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., and defendants the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., as Receiver for IndyMac Federal Bank, F.S.B., and in its corporate capacity (collectively, the "FDIC," or "Defendants"), hereby jointly report on the status of settlement discussions pursuant to this Court's Order entered on March 11, 2010, staying the case for ninety days (the "Stay Order") [Docket 35].[1]

## II. THE PARTIES' SETTLEMENT DISCUSSIONS

DBNTC and the FDIC have been pursuing settlement discussions in this and another case, both of which involve claims arising from large mortgage loan securitization programs of banking institutions that subsequently failed and were placed into FDIC receivership. Because of the nature and size of the disputes in these cases, and because the claims in the cases affect the interests of third parties who service loans or hold investment interests in the underlying mortgage securitizations, these discussions are necessarily complex and will involve multi-party negotiations. Since the entry of the Stay Order, the parties have exchanged ideas about settlement process issues applicable to both cases. Based on these discussions, DBNTC has proposed a framework for addressing the substantive liability and damages issues as they apply in this case. The FDIC is currently considering this proposal, and the parties currently intend to continue their discussions.

---

[1] The Court's Order was docketed on March 12, 2010.

| | | |
|---|---|---|
| 1 | Dated: April 30, 2010 | MORGAN, LEWIS & BOCKIUS LLP<br>JAMI WINTZ MCKEON<br>DAVID L. SCHRADER |
| 4 | | By: /s/ Jami Wintz McKeon<br>Attorneys for Plaintiff<br>Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B. |
| 8 | Dated: April 30, 2010 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>MICHAEL H. BIERMAN<br>JEFFREY D. WEXLER |
| 12 | | By: /s/ Michael H. Bierman<br>Attorneys for Defendants<br>Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B. |
| 16 | Dated: April 30, 2010 | FEDERAL DEPOSIT INSURANCE CORPORATION<br>THOMAS L. HOLZMAN<br>SCOTT T. FLEMING |
| 20 | | By: /s/ Thomas L. Holzman<br>Attorneys for Defendants<br>Federal Deposit Insurance Corporation, in its corporate capacity and as a government entity |