1  Michael H. Bierman, State Bar No. 89156
   mbierman@luce.com
2  Jess R. Bressi, State Bar No. 110264
   jbressi@luce.com
3  Jeffrey D. Wexler, State Bar No. 132256
   jwexler@luce.com
4  Sekita E. Grant, State Bar No. 259485
   sgrant@luce.com
5  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 South Figueroa, Suite 3900
6  Los Angeles, California 90017
   Tel.: (213) 892-4992 / Fax: (213) 452-8029
7
8  Attorneys for Defendants Federal Deposit
   Insurance Corporation, as Receiver for IndyMac Bank,
   F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B.

9

10                       UNITED STATES DISTRICT COURT

11                      CENTRAL DISTRICT OF CALIFORNIA

12                               WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., <br><br>                Plaintiff, <br><br> vs. <br><br> Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank, F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, <br><br>                Defendants. | Case No. CV09-3852 GAF (FFMx) <br><br> **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS AND TO STRIKE FOLLOWING EXPIRATION OF STAY** <br><br> Complaint Served: June 3, 2009 <br><br> Proposed Hearing Date: Aug. 30, 2010 |

Good cause being shown, IT IS HEREBY ORDERED that:

1. The Oppositions of plaintiff Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B. (the "Trustee") to the motions to dismiss and/or to strike filed by defendants the Federal Deposit Insurance Corporation (a) as Receiver of IndyMac Bank, F.S.B., (b) as Conservator and Receiver of IndyMac Federal Bank, F.S.B., (c) in its corporate capacity, and (d) as a government entity (collectively, "Defendants") shall be filed on or before July 12, 2010.

2. Defendants' Replies in support of such motions will be filed on or before August 6, 2010.

3. Such motions will be heard on August 30, 2010 at 9:30 a.m.

Dated: June 17, 2010

_____
The Honorable Gary A. Feess
United States District Judge

201056462.1

1