MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON, State Bar No. 237923
jmckeon@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1405
Fax:  415.442.1001

Attorneys for Plaintiff
Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP
MICHAEL H. BIERMAN, State Bar No. 89156
mbierman@luce.com
601 South Figueroa, Suite 3900
Los Angeles, CA  90017
Tel:  213.892.4992
Fax:  213.452.8029

Attorneys for Defendants
Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. and as Receiver for IndyMac Bank Federal Bank, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity, <br><br> Defendants. | Case No. CV09-3852 GAF (FFMx) <br><br> **REVISED STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE; [PROPOSED] ORDER** <br><br> Complaint Filed: May 29, 2009 <br><br> Proposed Hearing Date: Sept. 13, 2010 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21803607.2

REVISED STIPULATION SETTING
BRIEFING AND HEARING SCHEDULE

1  WHEREAS, Plaintiff Deutsche Bank National Trust Company (the "Trustee"), as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., filed its Complaint on May 29, 2009, naming as defendants the Federal Deposit Insurance Corporation (the "FDIC") (1) as Receiver for IndyMac Bank, F.S.B., (2) as Conservator and Receiver of IndyMac Federal Bank, F.S.B., (3) in its corporate capacity ("FDIC-C"), and (4) as a government entity (collectively, "Defendants");

WHEREAS, Defendants filed motions to dismiss the Trustee's Complaint and to strike certain allegations on February 23, 2010, noticing the hearing on that motion for April 19, 2010;

WHEREAS, the Court on March 12, 2010 entered an Order Staying Action and Vacating Briefing Schedule and April 19, 2010 Hearing Date on Defendants' Motions to Dismiss and to Strike (the "Stay Order") [Docket 35], staying the case for 90 days from the date of entry of the Stay Order or until further order of the Court based upon the parties' settlement negotiations;

WHEREAS, the parties engaged in good faith settlement negotiations for those 90 days, including exchanges of information and an in-person meeting between high-level representatives of both parties;

WHEREAS, while the parties will continue those settlement discussions, they believe that it is nonetheless appropriate to proceed with briefing on the Defendants' motions to dismiss;

WHEREAS, the 90-day period of the Stay Order expired on June 10, 2010;

WHEREAS, the Stay Order provides that in the event that the parties were unable to resolve this matter during the stay period, they were to propose a new briefing and hearing schedule on Defendants' motions to dismiss;

WHEREAS, the parties on June 14, 2010 filed a Stipulation Setting Briefing and Hearing Schedule on Defendants' Motions to Dismiss and to Strike Following Expiration of Stay [Docket 42];

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21803607.2

REVISED STIPULATION SETTING
BRIEFING AND HEARING SCHEDULE

1    WHEREAS, the Court on June 17, 2010 entered an Order Setting Briefing
2 and Hearing Schedule on Defendants' Anticipated Motions to Dismiss and to Strike
3 Following Expiration of Stay [Docket 43], ordering that (1) the Trustee's
4 Oppositions be filed on or before July 12, 2010, (2) the Defendants' Replies be
5 filed on or before August 6, 2010, and (3) the motions be heard on August 30, 2010
6 at 9:30 a.m.;
7    WHEREAS, at the time the parties filed the June 14, 2010 Stipulation, they
8 were unaware that in-house counsel for Trustee has a scheduled vacation that
9 conflicts with the currently-set briefing and hearing schedule;
10    WHEREAS, accommodation of the vacation schedule of Trustee's in-house
11 counsel creates conflicts with scheduled vacations of certain counsel for the
12 Defendants, requiring further adjustment of the briefing schedule;
13    WHEREAS, due to resulting scheduling difficulties, the parties request a
14 slight change in the briefing and hearing schedule, which both parties agree to;
15    IT IS HEREBY STIPULATED between the Trustee and Defendants that:
16    1.   The Court may enter an Order, in the form attached hereto, that
17 provides that:
18        (a)   the Trustee's Opposition to Defendant FDIC-C's motion
19    to dismiss and/or to strike shall be filed on or before July 16, 2010;
20        (b)   the Trustee's Opposition to Defendant FDIC-
21    Receiver's motion to dismiss and/or to strike shall be filed on or before
22    July 19, 2010;
23        (c)   Defendants' Replies in support of such motions shall be
24    filed on or before August 20, 2010; and
25        (d)   Such motions shall be heard on September 13, 2010 at
26    9:30 a.m. or on such other day and time thereafter as is convenient for
27    the Court.
28

| | | |
|---|---|---|
| 1 | Dated: July 6, 2010 | MORGAN, LEWIS & BOCKIUS LLP<br>JAMI WINTZ MCKEON<br>DAVID L. SCHRADER |
| | | By: _____/s/ Jami Wintz McKeon_____<br>Attorneys for Plaintiff<br>Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B. |
| | Dated: July 6, 2010 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>MICHAEL H. BIERMAN<br>JESS R. BRESSI<br>JEFFREY D. WEXLER |
| | | By: _____/s/ Michael H. Bierman_____<br>Attorneys for Defendants Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B. |
| | Dated: July 6, 2010 | FEDERAL DEPOSIT INSURANCE CORPORATION<br>THOMAS L. HOLTZMAN<br>SCOTT T. FLEMING |
| | | By: _____/s/ Thomas L. Holtzman_____<br>Attorneys for Defendants Federal Deposit Insurance Corporation, in its corporate capacity and as a government entity |