LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-3852 GAF (FFMx) | Date | September 9, 2010 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Federal Deposit Insurance Corporation | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

## ORDER CONTINUING HEARING

The motion hearing presently scheduled for Monday, September 13, 2010, at 9:30 a.m. is hereby **CONTINUED** to Monday, September 20, 2010, at 9:30 a.m.

**IT IS SO ORDERED.**