UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03852-GAF (FFMx) | Date | October 25, 2010 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Federal Deposit Insurance Corporation | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jami Wintz McKeon<br>Maire Ellen Donovan | Thomas L Holzman<br>Michael H Bierman<br>Jeffrey D Wexler |

**Proceedings:** MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1) DEFENDANT FDIC IN ITS CORPORATE CAPACITY'S MOTION TO DISMISS (filed 2/23/10) [21]

2) DEFENDANT FDIC AS RECEIVER'S MOTION TO DISMISS AND TO STRIKE (filed 2/23/10) [22]

Matter called. Counsel state their appearances for the record. Court advises counsel/the parties of the tentative ruling as stated in court and on the record on above motions and invites counsel to present their oral arguments. Arguments by counsel are heard. The matter is taken under submission, a written order to follow.

IT IS SO ORDERED.

| | 01 | : | 10 |
|---|---|---|---|
| Initials of Preparer | rf | | |