Michael H. Bierman, State Bar No. 89156
mbierman@luce.com
Jeffrey D. Wexler, State Bar No. 132256
jwexler@luce.com
Luce, Forward, Hamilton & Scripps LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Tel.: (213) 892-4992 / Fax: (213) 452-8029

Of Counsel:
Richard J. Osterman, Jr., Deputy General Counsel
Colleen J. Boles, Assistant General Counsel
Kathryn R. Norcross, Senior Counsel (admitted *pro hac vice*)
Lawrence H. Richmond, Senior Counsel
J. Scott Watson, Counsel
Minodora D. Vancea, Counsel
Federal Deposit Insurance Corporation
Legal Division
3501 Fairfax Drive,
Arlington, VA 22226
Tel: (703) 562-2302

Attorneys for Defendants Federal Deposit
Insurance Corporation, as Receiver for IndyMac Bank,
F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank, F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity; and Federal Deposit Insurance Corporation, as Government Entity,<br><br>Defendants. | Case No. CV09-3852 GAF (FFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Date: April 11, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 740, Roybal Bldg.<br>[The Honorable Gary A. Feess] |

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on April 11, 2011, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Gary A. Feess, United States District Judge, in Courtroom 740 of the United States Courthouse, Roybal Building, 255 E. Temple Street, Los Angeles, California 90012, defendant FDIC as Receiver for IndyMac Bank, F.S.B. and FDIC as Receiver for IndyMac Federal Bank, F.S.B. will and hereby do move for leave to file a motion for reconsideration of this Court's January 7, 2011 Order [Docket 58].

This motion is based on this notice, the proposed motion for reconsideration, the memoranda of points and authorities in support of the motion for certification and of the proposed motion for reconsideration, the files in this matter, and such further oral or written argument as may be considered by the Court.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on January 28, 2011.

Dated: February 9, 2011    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
FEDERAL DEPOSIT INSURANCE CORP.

By: /s/ Michael H. Bierman
Attorneys for Defendants Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. and as Receiver for IndyMac Federal Bank, F.S.B.