| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | JAMI WINTZ MCKEON, State Bar No. 237923 |
| 2 | jmckeon@morganlewis.com |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | DAVID L. SCHRADER, State Bar No. 149638 |
| 6 | dschrader@morganlewis.com |
| | 300 South Grand Avenue |
| 7 | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| 8 | Tel: 213.612.2500 |
| | Fax: 213.612.2501 |
| 9 | |
| 10 | Attorneys for Plaintiff |
| | Deutsche Bank National Trust Company, as Trustee |
| 11 | for certain residential-backed securitization trusts sponsored by IndyMac Bank, F.S.B. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 14 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for certain residential mortgage-backed Trusts sponsored by IndyMac Bank, F.S.B., | Case No. CV09-3852 GAF (FFMx) |
| 15 | | **NOTICE OF ERRATA FOR TECHNICAL CORRECTIONS TO CITATIONS IN PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION, PROPOSED MOTION FOR RECONSIDERATION, AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Government Entity, | |
| 20 | | |
| 21 | | Date:    April 18, 2011 |
| | | Time:   9:30 a.m. |
| 22 | | Dept.:   740, Roybal Building |
| | | Judge:   Gary A. Feess |
| 23 | | |
| 24 | Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**: Plaintiff in the above-referenced matter is hereby making certain technical corrections to case citations in its Oppositions to Defendant's Motion for Leave to File a Motion for Reconsideration, Proposed Motion for Reconsideration, and Motion to Certify Interlocutory Appeal, filed with this Court on March 21, 2011.  These corrections are purely technical in manner and do not change the substance of any of the Oppositions.

Plaintiff apologizes for any inconvenience this may have caused the Court or Defendants.  For the Court's convenience, attached hereto as Exhibit A is a corrected copy of Plaintiff's Opposition to Defendant's Motion for Interlocutory Appeal; Exhibit B is a corrected copy of Plaintiff's Opposition to Defendant's Motion for Leave to File Motion for Reconsideration; and Exhibit C is a corrected copy of Plaintiff's Opposition to Defendant's Motion for Reconsideration.  As demonstrated by the redline comparisons attached as Exhibits D, E, and F, respectively, Plaintiff's Oppositions have not been modified in any way other than to correct citation errors and none of the corrections are substantive.

Dated:   March 25, 2011

MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON
DAVID L. SCHRADER

By   /s/ Jami Wintz McKeon
Jami Wintz McKeon
Attorneys for Plaintiff
Deutsche Bank National Trust Company, as Trustee for certain residential-backed securitization trusts sponsored by IndyMac Bank, F.S.B.