UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03852-GAF (FFMx) | Date | May 9, 2011 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Federal Deposit Insurance Corporation | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge |
|---|---|

| Renee Fisher | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jami Wintz McKeon | Michael Bierman |
| | J. Scott Watson |

**Proceedings:**     MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1)   MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. SECTION 1292(b) (filed 2/9/11) [59]

2)   MOTION FOR RECONSIDERATION

Matter called.  Counsel state their appearances for the record.  Court advises counsel of the initial/tentative ruling as stated in court and on the record on above motions and invites counsel to present their oral arguments.  Arguments by counsel are heard.  The matter is taken under submission, a written order to follow.

IT IS SO ORDERED.

|  | 00 | : | 52 |
|---|---|---|---|
| | Initials of Preparer | rf | |