1    MORGAN, LEWIS & BOCKIUS LLP
     JAMI WINTZ MCKEON, State Bar No. 237923
2    jmckeon@morganlewis.com
     One Market, Spear Street Tower
3    San Francisco, CA 94105
     Tel:  415.442.1405
4    Fax:  415.442.1001

5    DAVID L. SCHRADER, State Bar No. 149638
     dschrader@morganlewis.com
6    300 South Grand Avenue
     Twenty-Second Floor
7    Los Angeles, CA  90071-3132
     Tel:  213.612.2500
8    Fax:  213.612.2501

9

     Attorneys for Plaintiff
10   Deutsche Bank National Trust Company, as Trustee
     for certain residential mortgage-backed securitization
11   trusts sponsored by IndyMac Bank, F.S.B

12

13               UNITED STATES DISTRICT COURT

14     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

15

| | |
|---|---|
| 16   DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., | Case No. **2:09-cv-03852 GAF-FFM** |
| | **STIPULATION REGARDING WITHDRAWAL OF FIRST AMENDED COMPLAINT SUBJECT TO REFILING WITHOUT PREJUDICE** |
| 19             Plaintiff, | |
| 20          vs. | Complaint Filed: May 29, 2009 |
| 21   FEDERAL DEPOSIT INSURANCE CORPORATION,  as Receiver of IndyMac Bank, F.S.B.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Government Entity, | |
| 27          Defendants. | |

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, Plaintiff Deutsche Bank National Trust Company (the
2    "Trustee"), as Trustee for certain residential mortgage-backed securitization trusts
3    sponsored by IndyMac Bank, F.S.B., filed its Complaint on May 29, 2009, naming
4    as defendants the Federal Deposit Insurance Corporation (the "FDIC") (1) as
5    Receiver for IndyMac Bank, F.S.B., (2) as Conservator and Receiver of IndyMac
6    Federal Bank, F.S.B., (the FDIC in its receivership capacities referred to
7    collectively herein as "FDIC-R") (3) in its corporate capacity ("FDIC-C"), and
8    (4) as a government entity (collectively, "Defendants");

9    WHEREAS, the Court granted in part and denied in part the Defendants'
10   Motions to Dismiss the Complaint on January 7, 2011.  In its January 7, 2011
11   Order, the Court also granted the Trustee leave to amend its Complaint as to FDIC-
12   C;

13   WHEREAS, the FDIC-R filed a motion to certify the Court's January 7,
14   Order for interlocutory appeal, a motion for leave to file a motion for
15   reconsideration, and a motion for reconsideration of the Court's January 7 Order;

16   WHEREAS, in conjunction with a stipulation by the parties, the Court
17   ordered that the Trustee's First Amended Complaint be filed by May 5, 2011;

18   WHEREAS, on May 2, 2011, the Court granted the FDIC-R's motion for
19   leave to file a motion for reconsideration.  The Court also denied the FDIC-R's
20   motion for reconsideration in part, and deferred ruling on the remainder of the
21   motion for reconsideration until after a hearing on May 9, 2011;

22   WHEREAS, on May 3, 2011, the Trustee filed its First Amended Complaint;

23   WHEREAS, on May 23, 2011, the Court entered an order asking the parties
24   to advise the Court of their respective positions on whether the First Amended
25   Complaint mooted the FDIC-R's pending motions.  In light of the substantial time
26   the Court has spent considering the pending motions, the Court indicated that it
27   would accept a stipulation by the parties either that (1) the First Amended
28   Complaint, in relevant part, is unchanged from the original Complaint and the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-    **STIPULATION REGARDING WITHDRAWAL OF
FIRST AMENDED COMPLAINT**

1   motions should be deemed directed at the First Amended Complaint or (2) the

2   Trustee will withdraw the First Amended Complaint without prejudice to refiling it

3   after the Court has issued its order on the pending motions;

4          WHEREAS, the Trustee and the Defendants are amenable to stipulating to

5   the Trustee's withdrawal of the First Amended Complaint without prejudice subject

6   to the Trustee's refiling of it at a later date.  The Trustee hereby withdraws the First

7   Amended Complaint.  The Trustee may refile the First Amended Complaint on a

8   date as may be set by Court order after the resolution of the currently pending

9   motions and any resulting appeal.  The parties agree that any amended complaint

10  filed by the Trustee will be timely so long it is filed by the date so set by the Court.

11         IT IS HEREBY STIPULATED between the Trustee and Defendants that:

12  The Court may enter an Order, in the form attached hereto, that provides that the

13  Trustee has withdrawn its First Amended Complaint without prejudice to its right to

14  refile at a later date set by the Court after the Court has issued its order on the

15  FDIC-R's motion for reconsideration and motion to certify for interlocutory appeal

16  the Court's January 7, 2011 Order.

17

18

19  Dated:    June 2, 2011              MORGAN, LEWIS & BOCKIUS LLP
                                        JAMI WINTZ MCKEON
20                                      DAVID L. SCHRADER

21

22                                      By:   /s/ Jami Wintz McKeon
                                        Attorneys for Plaintiff
23                                      Deutsche Bank National Trust
                                        Company, as Trustee for certain
24                                      residential mortgage-backed
                                        securitization trusts sponsored by
25                                      IndyMac Bank, F.S.B.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-              STIPULATION REGARDING WITHDRAWAL
                 OF FIRST AMENDED COMPLAINT

1

Dated:    June 2, 2011

2

3

4

5

6

7

8

LUCE, FORWARD, HAMILTON &
SCRIPPS LLP
MICHAEL H. BIERMAN
JESS R. BRESSI
JEFFREY D. WEXLER

By: _____ /s/ Michael H. Bierman_____
    Attorneys for Defendants
    Federal Deposit Insurance
    Corporation, as Receiver for IndyMac
    Bank, F.S.B. and as Receiver for
    IndyMac Federal Bank, F.S.B.

9

Dated:    June 2, 2011

10

11

12

13

14

15

FEDERAL DEPOSIT INSURANCE
CORPORATION
THOMAS L. HOLTZMAN
SCOTT T. FLEMING

By: _/s/ Thomas L. Holtzman_____
    Attorneys for Defendants
    Federal Deposit Insurance
    Corporation, in its corporate capacity
    and as a government entity

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

-3-

**STIPULATION REGARDING WITHDRAWAL
OF FIRST AMENDED COMPLAINT**