**FILED**

UNITED STATES COURT OF APPEALS

AUG 10 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., Plaintiff - Petitioner, v. FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.; et al., Defendants - Respondents. | No. 11-80152 <br><br> D.C. No. 2:09-cv-03852-GAF Central District of California, Los Angeles <br><br> ORDER |
|---|---|

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: SCHROEDER and THOMAS, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. The appeal is limited to the specific question of law certified by the district court at page 21 of the June 28, 2011 order.

Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

KS/MOATT