FILED

MAY 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for certain residential mortgage-backed securitization trusts sponsored by IndyMac Bank, F.S.B., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B.; Federal Deposit Insurance Corporation, as Conservator and Receiver of IndyMac Federal Bank F.S.B.; Federal Deposit Insurance Corporation, in its corporate capacity;and Federal Deposit Insurance Corporation; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK FSB; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, FSB; DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK FSB, <br><br> Defendants - Appellees. | No. 11-56339 <br><br> D.C. No. 2:09-cv-03852-GAF-FFM <br> Central District of California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

5/21/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: FERNANDEZ, RAWLINSON, and BYBEE, Circuit Judges.

Judges Rawlinson and Bybee voted, and Judge Fernandez recommended, to deny the Petition for Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and no judge of the court has requested a vote.

Appellant's Petition for Rehearing En Banc, filed on April 25, 2014, is DENIED.